905 A.2d 867

IN THE MATTER OF IAN J. HIRSCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 264661972).

September 12, 2006.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 06–047, concluding that **IAN J. HIRSCH** of **HACKENSACK**, who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a) and (b) (failure to safekeep property) and *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal);

And the Court having determined from its review of the matter that the appropriate quantum of discipline for respondent's unethical conduct is a censure;

And respondent through counsel having assented to the imposition of a censure;

And good cause appearing;

It is ORDERED that **IAN J. HIRSCH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.